UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN JOZLIN,

      Plaintiff,

                                Civil No. 2:08-cv-13681

v.

                                HON. AVERN COHN

SECRETARY OF DEPARTMENT      Magistrate Judge Mona K. Majzoub
OF VETERANS AFFAIRS,

      Defendant.

_____/

**STIPULATION TO TRANSFER CASE**
**TO UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**AND TO EXTEND DEFENDANT'S TIME TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

     On August 26, 2008, Plaintiff Stephen Jozlin filed this complaint against Defendant Secretary of the Department of Veterans Affairs. Plaintiff alleges a violation of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*, that purportedly occurred during his employment with Defendant. Plaintiff stipulates that his employment with Defendant occurred at the Battle Creek VA Medical Center in Calhoun County and that, pursuant to 28 U.S.C. §§ 1391 and 1404, venue is proper in the United States District Court for the Western District of Michigan.

Plaintiff and Defendant, by and through their undersigned attorneys, hereby stipulate to the entry of an order transferring the case to the United States District Court for the Western District of Michigan and extending the time required for Defendant to respond to Plaintiff's complaint by an additional sixty (60) days after the date of entry of that order.

| RICHARD A. MEIER | TERRENCE BERG |
|---|---|
|  | Acting United States Attorney |
| */s/ Richard A. Meier* | */s/ Theresa Urbanic (with consent)* |
| RICHARD A. MEIER (P38204) | THERESA URBANIC (P68005) |
| Attorney for Plaintiff | Assistant U.S. Attorney |
| 30300 Northwestern Highway | Attorneys for Defendants |
| Suite 320 | 211 W. Fort Street, Suite 2001 |
| Farmington Hills, Michigan  48334 | Detroit, MI 48226-3211 |
| (248) 932-3500 | (313) 226-9778 |

Dated:  November 14, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN JOZLIN,

       Plaintiff,

                                      Civil No. 2:08-cv-13681

v.

                                      HON. AVERN COHN

SECRETARY OF DEPARTMENT          Magistrate Judge Mona K. Majzoub
OF VETERANS AFFAIRS,

       Defendant.
_____/

**ORDER GRANTING STIPULATION TO TRANSFER CASE
AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

      In light of the foregoing stipulation, it is hereby ordered that this case is transferred to the United States District Court for the Western District of Michigan and that Defendant shall be allowed an additional sixty (60) days beyond the date of the entry of this order to respond to Plaintiff's complaint.

      **IT IS SO ORDERED**.

                                                          s/Avern Cohn
                                                          AVERN COHN
                                                          United States District Judge

Date Entered: November 17, 2008